

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| STEPHEN KEEN, | * | |
| Plaintiff, | * | |
| v. | * | Civ. No. RDB-22-0149 |
| LOANCARE, LLC, | * | |
| Defendant | ****** | |

**ORDER OF JUDGMENT**

The jury having returned a verdict in favor of Defendant, LoanCare, LLC, against Plaintiff, Stephen Keen, it is this 23rd day of January 2024, ORDERED that:

1. That the Defendant, LoanCare, LLC, is not liable for false, falsely disparaging, or misleading oral or written statement, visual description, or other representation of any kind which has the capacity, tendency, or effect of deceiving or misleading consumers;

2. Any and all prior rulings made by the Court disposing of any claims against any parties are incorporated by reference herein, and this Order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58.

_____
Richard D. Bennett
United States Senior District Judge

Order of Judgment (in favor of Defendant) (Rev. 12/2000)